IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| Plaintiff, | : | Case No.: **CR-3-12-117(3)** |
| -Vs- | : | |
| | : | |
| **Tilton, Dale** | | |
| Defendant. | | |

**MODIFICATION OF ORDER SETTING CONDITIONS OF RELEASE**

The Court ORDERS the conditions of release filed in this case on October 17, 2012, be modified to **include** the following condition: *While participating in the home confinement program through electronic monitoring under the direction of the U.S. pretrial Services Office, the defendant will be placed on a curfew and the time will be determined by U.S. Pretrial Services.*

SO ORDERED.

11.16.12
Date

Honorable Walter Herbert Rice
United States District Court

Copy to:
Defendant/Defense counsel
U.S. Attorney Office
US Pretrial Services Office

rev. (06-08-98)