IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CHERYLL L. ROGERS,

    Defendant.

Case No. 3:12cr117 (2)

JUDGE WALTER H. RICE

---

ENTRY REFERRING DEFENDANT TO DR. MASSIMO DEMARCHIS, PSY. D., FOR MENTAL STATUS EVALUATION, PURSUANT TO 18 U.S.C. §3552(c); DIRECTION TO DR. DEMARCHIS AND TO MONTGOMERY COUNTY SHERIFF'S OFFICE

---

Pursuant to the record made in open Court on Tuesday, June 18, 2013, a date on which the Defendant was sentenced to 27 months in the custody of the Attorney General of the United States, the Bureau of Prisons, this Court refers Defendant to Dr. Massimo DeMarchis, Psy. D., for a mental status evaluation, pursuant to 18 U.S.C. §3552(c).

Dr. DeMarchis is urged not to begin his evaluation for a period of seven days from date, thus giving counsel for the Defendant and the government a period of time within which to submit any information to Dr. DeMarchis which counsel believes might be helpful in his evaluation. It is the request of this Court that the Montgomery County Sheriff's Office give Dr. DeMarchis full and unfettered access to the captioned Defendant.

June 19, 2013

                              WALTER H. RICE
                              UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record
Montgomery County Sheriff's Office