IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DALE E. TILTON, III,

    Defendant.

Case No. 3:12cr117 (3)

JUDGE WALTER H. RICE

---

ENTRY FINDING DEFENDANT IN VIOLATION OF BOND, REVOKING
SAME AND DECLINING TO RELEASE DEFENDANT PENDING
SENTENCING SET FOR AUGUST 6, 2013; RIGHT OF APPEAL EXPLAINED
AND UNDERSTOOD

---

On May 17, 2013, the Defendant appeared before Magistrate Judge Sharon L. Ovington to answer a Petition directing him to show cause why his bond, set and met October 17, 2012, should not be revoked (Doc. #68). Although the Minutes of said proceeding show that the Defendant admitted all violations, said Minute do not indicate whether Judge Ovington formally found Defendant in violation of his bond. Said Defendant did indicate to Judge Ovington that he wished to provide an explanation for these bond violations.

On Thursday, June 27, 2013, Defendant appeared before the undersigned to offer said explanation. This Court respectfully concludes that said explanations are not sufficient to excuse the bond violations to which he has admitted previously before Magistrate Judge Ovington. Accordingly, pursuant to the record made on the aforesaid June 27, 2013, this Court formally found Defendant in violation of his bond set and met October 17, 2012, revoked same and

remanded the Defendant to the United States Marshals Service to be held until sentencing which has been set on August 6, 2013.

Following the above, the Defendant was orally explained his right of appeal, and he indicated an understanding of same.

June 28, 2013

_____
WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record